**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ELERI,<br><br>                Plaintiff,<br><br>        v.<br><br>LOS ANGELES POLICE DEPARTMENT,<br><br>                Defendant. | NO. CV 14-1764-BRO(AS)<br><br><br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

     DATED:  August 27, 2014

                                     _____
                                          BEVERLY REID O'CONNELL
                                        UNITED STATES DISTRICT JUDGE